CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA E. ZEDDIES,<br><br>          Plaintiff,<br><br>v.<br><br>**CLARK COUNTY SCHOOL DISTRICT**, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA COUNTY OF CLARK PUBLIC SCHOOL, **EDDIE GOLDMAN**, INDIVIDUALLY AND IN HIS OFFICIAL CPACITY AS ASSOCIATE SUPERINTENDANT OF CLARK COUNTY SCHOOL DISTRICT, **JAMES KETSAA**, INDIVIDUALLY AND IN HIS ROLE AS CHIEF OF POLICE OF THE CLARK COUNTY SCHOOL DISTRICT, **JESUS JARA**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE CLARK COUNTY SCHOOL DISTRICT, **KARYN CARAWAY**, INDIVIDUALLY AND IN HER ROLE AS A SUPERVISING ADMINISTRATOR FOR THE CLARK COUNTY SCHOOL DISTRICT, **MESKEREM KASSA**, INDIVIDUALLY AND IN HER ROLE AS DIRECTOR II FOR THE CLARK COUNTY SCHOOL DISTRICT, **REBECCA PAPPAS** AKA **REBECCA WAMSLEY**, INDIVIDUALLY AND IN HER CAPACITY AS SCHOOL POLICE DISPATCHER FOR CLARK COUNTY SCHOOL DISTRICT, | Case No.  2:20-cv-00477<br><br><br>**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

**ROBERTO MORALES**, INDIVIDUALLY AND IN HIS ROLE AS A SCHOOL POLICE SERGEANT AND SAID LIEUTENANT FOR THE CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, **STEFANIE WILSON-PALACIO**, INDIVIDUALLY AND IN HER ROLE AS A SCHOOL POLICE COMMUNICATIONS SERGEANT FOR THE CLARK COUNTY SCHOOL DISTRICT, **SIGIFREDO VELOZ**, INDIVIDUALLY AND IN HIS ROLE AS AN ELECTRICIAN FOR THE CLARK COUNTY SCHOOL DISTRICT, **DOES** AND **DOES SUPERVISORS** OR **EMPLOYEES**, NOT YET KNOWN,

Defendant(s).

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

NOTICE IS HEREBY GIVEN that Defendants Clark County School District, Clark County School District Police Department, Jesus Jara, Karyn Caraway, Meskerem Kassa, Rebecca Pappas aka Rebecca Wamsley, Stefanie Wilson-Palacio, and Sigifredo Veloz (collectively, "Defendants"), by and through their counsel of record, Clark County School District, Office of the General Counsel, hereby remove the above-entitled action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1331, 1441, and 1446. This removal is based upon federal question jurisdiction and is timely.

In support of this Notice of Removal, Defendants state as follows:

1. On February 4, 2020, Plaintiff Christine E. Zeddies (hereinafter "Plaintiff") commenced an action in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, designated as Case No.: A-20-809725-C, and captioned as follows: *Christina E. Zeddies, Plaintiff vs. Clark County School District, a Political Subdivision of the State of Nevada, Clark County School District Police Department, a Political Subdivision of the State of Nevada County of Clark Public School, Eddie Goldman, individually and in his official capacity as Associate Superintendant(sic) of Clark County School District, James Ketsaa, individually and in his role as Chief of Police of the Clark County School District, Jesus Jara, individually and in his*

*official capacity as Superintendent of the Clark County School District, Karyn Caraway, individually and in her role as a Supervising Administrator for the Clark County School District, Meskerem Kassa, individually and in her role as Director II for the Clark County School District, Rebecca Pappas aka Rebecca Wamsley, individually and in her capacity as School Police Dispatcher for Clark County School District, Roberto Morales, individually and in his role as a School Police Sergeant and said Lieutenant for the Clark County School District Police Department, Stefanie Wilson-Palacio, individually and in her role as a School Police Communications Sergeant for the Clark County School District, Sigifredo Veloz, individually and in his role as an Electrician for the Clark County School District, Does and Does Supervisors or Employees, not yet known, Defendant(s).*

2.    The following Defendants were served with a copy of the Summons and Complaint on February 5, 2020: Clark County School District; Clark County School District Police Department; Jesus Jara; Meskerem Kassa; Stephanie Wilson Palacio; and Rebecca Pappas aka Rebecca Wamsley.  Defendant Sigifredo Veloz was served with a copy of the Summons and Complaint on February 6, 2020.  Defendant Karyn Caraway was served with a copy of the Summons and Complaint on February 25, 2020.

3.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon the above-served Defendants in Case No. A-18-785900-C are attached hereto as **Exhibit A**.

4.    Upon information and belief, the remaining Defendants Eddie Goldman, James Ketsaa, and Roberto Morales have not been served with a copy of the Summons and Complaint.

5.    All named Defendants that have been served join in this Notice of Removal.

6.    Because they have not been served with process, consent to remove from fictitious potential defendants is not required.  28 U.S.C. § 1446(b)(2)(A); *Taylor v. Flagstar Bank FSB*, 2011 WL 5245451 at *1 (D. Nev. Nov. 1, 2011).

7.    This Notice of Removal is timely as it is being filed within thirty (30) days of service upon the first defendants served in this action— Clark County School District; Clark

County School District Police Department; Jesus Jara; Meskerem Kassa; Stephanie Wilson Palacio; and Rebecca Pappas aka Rebecca Wamsley.  28 U.S.C. § 1446.

8.    Additionally, removal is timely because this case was removed less than one year after the case was commenced in the state court, in accordance with 28 U.S.C. § 1446(c)(1).

9.    The jurisdictional ground for removal is that this matter involves a federal question.  This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 and 1443, in that it alleges violations of 42 U.S.C. § 1983 against all Defendants as well as violations of Title VII of the Civil Rights Acts of 1964, and therefore presents a federal question.

10.    This Court also has supplemental jurisdiction over the remaining state law claims in accordance with 28 U.S.C. § 1367 and jurisdiction over any separate and independent claims as provided in 28 U.S.C. § 1441(c).

11.    Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court.  28 U.S.C. § 1441(a).

12.    A true and correct copy of this Notice of Removal is being served on all named parties to this action that have lodged an appearance in Case No. A-20-809725-C and filed this date with the Clerk of the Eighth Judicial District Court.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Eighth Judicial District Court in and for the County of Clark, State of Nevada, be removed therefrom to this Court.

Dated:  March 6, 2020.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By:    */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 6th day of March, 2020, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** by U.S. Mail with first class postage fully prepaid to the following:

> Christina E. Zeddies
> 6041 Silent Willow Avenue
> Las Vegas, NV  89131
> *Plaintiff in proper person*

　　　　　　　　　　　*/s/ Elsa C. Peña*
　　　　　　　　　　　AN EMPLOYEE OF THE OFFICE OF THE
　　　　　　　　　　　GENERAL COUNSEL-CCSD

Page 5 of 5

# EXHIBIT A

40

**COMP**
Christina E. Zeddies
6041 Silent Willow Avenue
Las Vegas, NV 89131
702.881.7546 | 702.207.4404
ChristinaZeddies@gmail.com
Plaintiff, In Proper Person

EIGHTH JUDICIAL DISTRICT COURT

COUNTY OF CLARK, NEVADA

CHRISTINA E. ZEDDIES,

          Plaintiff,

vs.

**CLARK COUNTY SCHOOL DISTRICT**, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA, **CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT**, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA COUNTY OF CLARK PUBLIC SCHOOL, **EDDIE GOLDMAN**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ASSOCIATE SUPERINTENDANT OF CLARK COUNTY SCHOOL DISTRICT, **JAMES KETSAA**, INDIVIDUALLY AND IN HIS ROLE AS CHIEF OF POLICE OF THE CLARK COUNTY SCHOOL DISTRICT, **JESUS JARA**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE CLARK COUNTY SCHOOL DISTRICT, **KARYN CARAWAY**, INDIVIDUALLY AND IN HER ROLE AS A SUPERVISING ADMINISTRATOR FOR THE CLARK COUNTY SCHOOL DISTRICT, **MESKEREM KASSA**, INDIVIDUALLY AND IN HER ROLE AS DIRECTOR II FOR THE CLARK COUNTY SCHOOL DISTRICT, **REBECCA**

Case No.:  **A-20-809725-C**
        **Dept. 14**

Dept. No::

<u>**COMPLAINT**</u>
<u>**AND**</u>
<u>**JURY DEMAND**</u>

COMPLAINTANDJURY DEMAND - 1

**PAPPAS** AKA **REBECCA WAMSLEY**, INDIVIDUALLY AND IN HER CAPACITY AS SCHOOL POLICE DISPATCHER FOR CLARK COUNTY SCHOOL DISTRICT, **ROBERTO MORALES**, INDIVIDUALLY AND IN HIS ROLE AS A SCHOOL POLICE SERGEANT AND SAID LIEUTENANT FOR THE CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, **STEFANIE WILSON-PALACIO**, INDIVIDUALLY AND IN HER ROLE AS A SCHOOL POLICE COMMUNICATIONS SERGEANT FOR THE CLARK COUNTY SCHOOL DISTRICT, , **SIGIFREDO VELOZ**, INDIVIDUALLY AND IN HIS ROLE AS AN ELECTRICIAN FOR THE CLARK COUNTY SCHOOL DISTRICT, **DOES** AND **DOES SUPERVISORS** OR **EMPLOYEES**, NOT YET KNOWN,

Defendant(s)

## I.    COMPLAINT

COMES NOW, Plaintiff Christina E. Zeddies (hereinafter "Plaintiff"), is an individual who is currently, and was at all relevant times herein, a resident of the State of Nevada, County of Clark, Nevada, City of Las Vegas and once said time, North Las Vegas, Nevada, herby files her complaint to enforce restitution order on criminal judgement of conviction pursuant to Nevada Revised Statue 176.275.3 and declaration of plaintiff/judgement creditor(s), alleging the following:

## II.    JURISDICTION AND VENUE

1.  The United States District Court of Nevada has jurisdiction under 28 U.S.C. § 1983, § 1985, and, but not limited to, § 1988 with supplement jurisdiction with respect to state law claims pursuant to 28 U.S.C. 1367 in which one or more claimants reside. This District of Nevada is proper venue under 28 U.S.C. § 1391 (b)(2) in which is the subject of the action(s). A

COMPLAINTANDJURY DEMAND - 2

substantial portion of events and conduct giving rise to violations of the law complained of herein occurred in this District of Clark County, Nevada.

## III.    PARTIES

2.    At all times relevant herein, Plaintiff, Christina E. Zeddies, is a resident of County of Clark, Nevada since nineteen-seventy-nine.

3.    At all times relevant herein, Plaintiff Christina E. Zeddies was, is, and, or an Employee of the organization Clark County School District and/or any subdivision within the Organization. Her employment job titles; Administrative Clerk, School Police Dispatcher, School Bus Driver, Skilled Trades Assistant. She was hired August of two-thousand as a School Bus Driver, August of two-thousand-seven as a School Police Dispatcher, September of two-thousand-fifteen as a Skilled Trades Assistant, and October of two-thousand-nineteen as an Administrative Clerk.

4.    At all times relevant herein, Defendant Clark County School District (hereinafter "CCSD") was, is, and, or remains a political subdivision of the State of Nevada. Defendant CCSD is a public school district which serves all of Clark County, Nevada, including, but not limited to; the cities of Las Vegas, Henderson, North Las Vegas, Boulder City, Indian Springs, Goodsprings, Logandale and Searchlight.

5.    Defendant CCSD is responsible for hiring, training, control, and supervision of all its Employees, including Supervisors. As well as the implementation and maintenance of official and unofficial policies. At all times relevant herein, CCSD employed named Co-defendants: Eddie Goldman. James Ketssa, Jesus Jara, Karyn Caraway, Meskerem Kassa, Rebecca Pappas *aka* Rebecca Wamsley, Roberto Morales, Sigifredo Veloz, Stefanie Wilson Palacio, and Does & Roes not yet known.

COMPLAINTANDJURY DEMAND - 3

6. At all relevant herein, Defendant Clark County School District Police Department (hereinafter "CCSDPD") is a political subdivision of the State of Nevada for Clark County School District. Defendant CCSDPD is responsible for policing on or about all of CCSD properties in Clark County, Nevada under Nevada Revised Statue 289.470.9.

7. Defendant CCSDPD is responsible for hiring, training, control, and supervision of all its Peace Officers, Supervisors, and Civilian Employees, as well as the implementation and maintenance of official and unofficial policies and regulations. At all times relevant herein, CCSDPD employed Co-Defendants Chief of Police James Ketsaa, School Police Lieutenant Roberto Morales, School Police Communications Dispatch Sergeant, Stefanie Wilson-Palacio, School Police Dispatcher Rebecca Pappas, and any other Does and Roes not yet known.

8. At all times relevant herein, Defendant Eddie Goldman (hereinafter "Goldman") was/is employed as Associate Superintendent of Clark County School District. Goldman is a United States citizen and upon information and belief, a resident of Clark County, Nevada. Plaintiff is suing Goldman in his individual capacity, as well as his official capacity as Associate Superintendent.

9. At all times relevant herein, Defendant James Ketsaa (hereinafter "Ketsaa") was/is employed as the Chief of Police, Clark County School District School Police Department, a subdivision of CCSD. Ketsaa is a United States citizen and upon information and belief, a resident of Clark County, Nevada. Plaintiff is suing Ketsaa in his individual capacity, as well as, in his official capacity as Chief of Police for CCSDPD.

10. At all times relevant herein, Defendant Jesus Jara (hereinafter "Jara") is the employed Superintendent of Clark County School District for the State of Nevada, County of Clark, Nevada. Jara is at all times in his capacity as Superintendent of CCSD, upon information and

COMPLAINTANDJURY DEMAND - 4

belief, is a resident of Clark County, Nevada. Plaintiff is suing Jara individually, as well as, in his official capacity as Superintendent of CCSD.

11. At all times relevant, Defendant, Karyn Caraway (hereinafter "Caraway"), was and/or is employed as a Coordinator III or relevant job position of the Clark County School District Maintenance and Operations Department. Caraway is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Caraway in her individual capacity, as well as, in her official capacity as a Supervisor and/or Manager Employee of CCSD.

12. At all times relevant, Defendant Meskerem Kassa *aka* Meski Kassa (hereinafter "Meski"), is, was, and, or is employed as a Director II for Student Related Services, a subdivision of Clark County School District, or relevant job position of the Clark County School District. Meski is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Meski in her individual capacity, as well as, in her official capacity as Supervisor and/or Manager Employee of CCSD.

13. At all times relevant, Defendant, Rebecca Pappas *aka* Rebecca Wamsley (hereinafter "Pappas"), is, was, and, or is employed as School Police Dispatcher or relevant job position of the Clark County School District Police Department, a subdivision of Clark County School District. Pappas is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Pappas in her individual capacity, as well as, in her official capacity as an appointed Trainer to manage, supervise, and train new hires *aka* trainees' as in her role as an Employee of CCSDPD.

14. At all times relevant, Defendant, Roberto Morales (hereinafter "Morales"), is, was, and, or employed as School Police Lieutenant or as School Police Sergeant or relevant job position of the Clark County School District Police Department, a subdivision of Clark County

COMPLAINTANDJURY DEMAND - 5

School District. Morales is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Morales in his individual capacity, as well as, in his official capacity as a Supervisor and/or Manager Employee of CCSD.

15. At all times relevant, Defendant, Sigifredo Veloz (hereinafter "Veloz"), is, was, and, or is employed as an Electrician or relevant job position of the Clark County School District Maintenance and Operations Department, a subdivision of Clark County School District. Veloz is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Veloz in his individual capacity, as well as, in his official capacity as an Employee of CCSD.

16. At all times relevant, Defendant, Stefanie Wilson-Palacio (hereinafter "Palacio"), is, was, and, or employed as School Police Communications Dispatch Sergeant or as School Police Sergeant or relevant job position of the Clark County School District Police Department, a subdivision of Clark County School District. Palacio is believed to be a United States citizen and upon information is a resident of Clark County, Nevada. Plaintiff is suing Palacio in her individual capacity, as well as, in her official capacity as a Supervisor and/or Manager Employee of CCSDPD.

## IV. ALLEGATIONS COMMON FOR ALL CLAIMS OF RELIEF

17. Numbered list, Section III, Titled Parties, 2 through 16 are hereby incorporated and included through, within the power or capacity feasible as set forth herein, to include, but not limited to, harassment, humiliation, substantially harm to person, negligence to protect employee confidential personal information, intentional misconduct, retaliation, breach of contract, blacklisted, sexual harassment with physical contact and intent to commit sexual act.

18. Thursday, December 27, 2012 plaintiff was subpoena to testify at a deposition in a civil action to appear on Wednesday, January 23, 2013 and Friday, February 8, 2013 at *Bailus Cook*

COMPLAINTANDJURY DEMAND - 6

*and Kelesis, Ltd. 400 South 4th Street, Suite 300, Las Vegas, NV 89101.* Referencing Civil Action No.: 2:11-CV-019190LRH-RJJ.

19. The United States District Court has jurisdiction pursuant to Title VII of the Civil Rights Acts of 1964, Defendant(s) discriminated and harassed Plaintiff for testifying, assisting, or participating in enforcement for proceedings in Civil Action No.:2:11-CV-01919-LRH-RJJ beginning on Thursday, December 27, 2012, proceeding to current date.

20. Monday February 9, 2015, Plaintiff presented a charge of discrimination with agency United States Equal Employment Commission (hereinafter EEOC) and Fair Employment Practices Agencies (hereinafter FEPA). Reference EEOC Agency Charge No.: 34B-2015-00537. Defendant Morales subjected the Plaintiff to unlawful employment practices for assisting in an investigation under Nevada Revised Statutes 613.340. Defendant Morales subjected Plaintiff to unlawful racial employment practices for assisting in an investigation, by harassment and intimidation.

21. Friday, January 30, 2015, Plaintiff received a memorandum from CCSDPD Lieutenant Henry Blackeye and CCSDPD Sergeant Stefanie Wilson-Palacio a "Notice of Disciplinary Action Recommendation for Dismissal and Immediate Suspension without pay Pending Investigation." The memorandum indicated an *evidentiary hearing* will be scheduled within thirty-days with respect to the Education Support Employees Association (hereinafter "ESEA"). Evidentiary Hearing exceeded the thirty-days, violating labor contract.

22. Monday, September 14, 2015, Plaintiff was transferred within the a subdivision of Clark County School District Police Department, 120 Corporate Park Drive, Henderson, NV 89074 to Clark County School District Maintenance and Operations Department a subdivision of CCSD. This was, and, is a demotion in hourly rate of pay, yearly salary, and

COMPLAINTANDJURY DEMAND - 7

no compensation of lost wages. Permitted and signed by Associate Superintendent Goldman.

23. Monday, December 21, 2015, Plaintiff notified Clark County School District Police to report a victim's crime offense of physical harassment with intent to commit a crime of sexual assault. Defendant Veloz, grabbed the back of the Plaintiffs neck and aggressively tilted her head towards his genital male anatomy and stated, "This is how I get my wife to suck it." Veloz was referencing to oral sexual deviance. Reference CCSDPD Crime Report Case No.: 1512-07501.1.

24. Defendant Karyn Caraway (hereinafter "Caraway") after having knowledge of Plaintiffs Crime Report Case No.: 1512-07501.1, harassed and retaliated the victim during a volatile state of mental distress.

25. Friday, July 22, 2016, in Pursuant to Nevada Revised Statue 616C.015, Plaintiff reported a notice of injury or occupational disease and an employee's claim for compensation report of initial treatment. Plaintiff was treated by physician for a significate amount of time. Plaintiff is protected by federal law, Health Insurance Portability and Accountability (hereinafter "HIPPA") Act of 1996 to protect sensitive patient health information; of her Civil Rights.

26. Monday, October 17, 2016, in Pursuant to Nevada Revised Statue 616C.015, Plaintiff reported a notice of injury or occupational disease to Maintenance Supervisor Timothy Burns (hereinafter "Burns") of the Clark County School District, which he advised to submit forms to Yvonne Trujillo and Physicians Progress Report to Susan Jorgensen, both are, is, and, or was employed by the Clark County School District during said time. Reference Workers Compensation claim number WC201653885. Pursuant to Nevada Revised Statue 616C.475(6), Plaintiff was denied nor awarded modified or light duty Pursuant to Nevada Revised Statute 616C.475(6), rather when Plaintiff returned to work the following week,

COMPLAINTANDJURY DEMAND - 8

Burns indicated "there is no light nor modified duties with restrictions as a Skilled Trades Assistant and you cannot return to work till you are one hundred percent." – Burns sent Plaintiff home. Plaintiff has a permanent partial disability, pursuant to claim number WC201653885, Plaintiff has not received lost wages pursuant to Nevada Revised Statues 616A.065 and 616C.475 to current date. Pursuant to Nevada Revised Statue 616C.530.1-5, Plaintiff was not returned to prior job to accommodate any limitations, nor provided training or formal education in another vocational for the purpose of marketable skills. Plaintiff has sought her own education through student's financial aid loans to attend local University.

27. Friday, January 01, 2016 – Tuesday, October 1, 2019, in Pursuant to Nevada Revised Statue, Equal Opportunities for Employment, Plaintiff discriminated upon for her disability. Plaintiff applied for approximately two-hundred open job opportunities within the Organization of Clark County School District. Nevada Revised Statue 613.210 (3), Plaintiff believes she has been blacklisted by the Organization and employees, to conspire Plaintiff from engaging in or securing employment. Pursuant to Nevada Revised Statue 613.223(1) (b, d) the Defendant has denied the Plaintiff employment promotion and an act of domestic violence was committed against the Plaintiff in the work place of the employee. Reference CCSDPD Crime Report Case No.: 1512-07501.1. Pursuant to Civil Action No.:2:11-CV-01919-LRH-RJJ, Plaintiff was not given an Equal Opportunity For Employment for bearing witness to a Judicial Case.

28. Tuesday, October 1, 2019, Defendant Clark County School District Human Resources Division Office representative, Leaher Davis, contacted the Plaintiff via landline between the hours of 11:00 AM PST and 12:30 PM PST, indicating to travel to 2832 East Flamingo Road, Las Vegas, NV 89121, to reinstate employment from a leave of absence and be assigned as the Administrative Clerk. Plaintiff did not deny the work.

COMPLAINTANDJURY DEMAND - 9

29. Wednesday, October 2, 2019, Plaintiff assigned to Clark County School District Information and Technology Department at 2832 East Flamingo Road, Building10, Las Vegas, NV 89121, Administrative Clerk, hours of employment 7:00 AM PST to 4:00 PM PST.

30. Wednesday, October 2, 2019, Plaintiff given notification by Clark County School District Administrator, Director II, Toby Babina, that she has been identified as a Surplus Employee, Reduction In Force, Negotiated Agreement between the Clark County School District and the Education Support Employees Association (hereinafter "ESEA"), per Article 26 to exercise employees' Rights.

31. Thursday, October 10, 2019, Plaintiff attended, no vacant positions lateral to current position, Plaintiff declined to accept lower pay grade, months, hours worked for current position. Human Resources Representative, Jeni Pom Blanco, signed surplus reassignment register notification.

32. Friday, October 11, 2019, Plaintiff received notification from Clark County School District Human Resources Division, Director II, Toby Babina, employee reassigned to Related Services, Dr. Beth Howe Center, a subdivision of CCSD, 3626 South Pecos McLeod, Las Vegas, NV 89121, effective, Monday, October 14, 2019, Plaintiff's Supervisor, a Clark County School District employee, Meskerem Kassa *also known as* Meski Kassa.

33. Monday, October 14, 2019 – Friday, October 18, 2019, Plaintiff new to job location within the subdivision of Clark County School District. Meski Kassa subjected Plaintiff to harassment for being disabled, Defendant Meski Kassa, a Clark County School District employee responsible for acts of mangers, Nevada Revised Statue 613.060, Defendant would direct Plaintiff to perform tasks outside of the scope of job position requirements and essential duties irrelevant to an Administrative Clerk for the Clark County School District, Defendant Kassa, subjected Plaintiff to embarrassment for her disability by her verbal

COMPLAINTANDJURY DEMAND - 10

comments in an office setting for colleagues to hear, Defendant Kassa harassed Plaintiff into a mental stress resulting in hyper tension to the heart causing a severe nose bleed; witnessed by Clark County School District employee, Ivy Burns, Meski Kassa's Supervisor, during a meeting between Meski Kassa, Ivy Burns, and Plaintiff.

34. Friday, October 18, 2019, Defendant Meski Kassa directed the Plaintiff into a meeting to conspire, Nevada Revised Statue 613.280, to discharge or deny Plaintiff employment by not providing Plaintiff Civil Rights negotiated between ESEA and CCSD, rather conspired false accusations to manipulate the minds of the reader, blacklisting the Plaintiff into an *Indefinite Suspension Pending Investigation, without pay, pending outcome of investigation*, memorandum dated Monday October 21, 2019, from Clark County School District, Sr. Assistant General Counsel, Jon M. Okazaki.

35. Thursday, December 12, 2019, Clark County School District, Director II Employee Management Relations Department, Susan Smith, Director II Student Related Services, Meski Kassa, Coordinator IV Office of General Counsel, Christie Guida, directed to meet via memorandum, *Notice of Investigatory Conference*, all three persons attended, including, Education Support Employees Association, Uni-Serve Director, Debbie Staten, and Plaintiff. As of Wednesday, January 15, 2020, Plaintiff has not received notification of outcome of meeting as in prior cases, Employees of said Organization, Clark County School District, for instance, CCSDPD Lieutenant Daniel Burgess', reinstated.

36. Tuesday, October 29, 2019, Plaintiff presented a charge of discrimination with agency United States Equal Employment Commission (hereinafter EEOC). Reference EEOC Agency Charge No.: 487-2020-00182. Plaintiff charge of concern, retaliation for engaging in protected activity of Title VII of the Civil Rights Act of 1964; process negotiated between

COMPLAINTANDJURY DEMAND - 11

ESEA and CCSD in pursuit to is supreme importance; religion, permanent disability, and racial innuendo(es).

37. Plaintiff believes conspiracy by two or more persons are the cause of denial in employment, training, or promotion; Nevada Revised Statue 613.280, Meski's call for a meeting, give the Plaintiff no indication of furthering into disciplinary actions, and gave disregard to allowing Plaintiff to exercise her Civil Rights to Representation by ESEA, Legal Counsel, or any other form to protect her during the meeting.

38. Plaintiff believes Clark County School District and its said Designees' maliciously violated Nevada Revised Statue 613.100, broken employment contract to expose Plaintiff to injury; mental or physical.

## V.   CLAIMS OF RELIEF, REASONING

39. Numbered list, Section IV, Titled Allegations Common for All Claims of Relief, Plaintiff incorporates referenced allegations contained in subsections 17 through 38, as set forth herein. Claims for Relief include, but not limited to: racial discrimination, racketeering under Nevada Revised Statue 207.380, Intrusion upon Seclusion of privacy, defamation, intentional infliction of emotional distress, disability discrimination, and retaliation, lost wages, workers compensation, and sexual harassment with physical contact.

40. Nevada Revised Statue 613.340(2), Clark County School District and its designees' engaged in unlawful employment practices by discriminated upon Plaintiff by electronically e-mailing Plaintiff in-regards to her disability, Nevada Revised Statue 613.310.1(a,c).

41. Nevada Revised Statue 616C.015, Clark County School District and its designees' engaged in unlawful discriminatory acts once Plaintiff notified employer of occupational injury. Clark County School District and its designees' did not offer light-duty employment, vocational rehabilitation, nor payment for fifty-percent of wages plus payment of vocational

COMPLAINTANDJURY DEMAND - 12

rehabilitation; pursuant to Nevada Revised Statue's 616C.475, 616C.530.1-5, 616C.570 and 616C.575.

42. Nevada Revised Statue 613.210, Clark County School District Police Department and its designees' blacklisted Plaintiff from securing similar employment after engaging in an investigation. Reference Civil Action No.:2:11-CV-01919-LRH-RJJ.

43. Nevada Revised Statue 207.390, Clark County School District and its designees' engaged in racketeering activity, incidents occurred within five years after prior commission of a related crime; Plaintiff retaliated upon more than once.

44. Nevada Revised Statue 613.223.1(d), unlawful for employer to take certain actions against the employee for an act which constitutes domestic violence in the workplace; reference CCSDPD Crime Report Case No.: 1512-07501.1. It is believed the suspect has committed similar crime with another Clark County School District employee.

45. Nevada Revised Statue 613.340, Clark County School District and its designees' engage in unlawful employment practices, discrimination and retaliation upon Plaintiff inclusive to a charge, testimony, assisted or participated in any manner in an investigation. Reference Civil Action No.:2:11-CV-01919-LRH-RJJ.

46. Nevada Revised Statue 613.340, Clark County School District and its designees' engage in unlawful employment practices, discrimination and retaliation upon Plaintiff for her disability; Nevada Revised Statue 613.330, by excluding Plaintiff rights to employment and promotions.

## VI.    PRAYER FOR RELIEF FOR THR PLAINTIFF'S SUFFERINGS

47. WHEREFORE, Plaintiff, her family, her friends, her fellow community members, pray the Court of County of Clark, Nevada the Eighth Judicial District of Nevada enforce the Judgement of Conviction and restitution order to the extent allowed by law; to award

COMPLAINTANDJURY DEMAND - 13

Plaintiff costs, interest, and disbursement incurred; and to award Plaintiff such further relief as the Court may deem proper in its entirety for the Plaintiff and her family to live in harmony. Pray for a judgement in favor of Plaintiff and in opposition to all Defendants as follows:

1) Nevada Revised Statue 613.340 unlawful employment practices, discrimination for assisting investigation; Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiply two times.

2) Nevada Revised Statue 613.330.1(a) unlawful employment practice, failure to hire; Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied one time.

3) Nevada Revised Statue 613.330.1(b) unlawful employment practice, limiting Plaintiff by segregation and classifying disability; Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied one time.

4) Nevada Revised Statue 613.330.4 unlawful employment practice, failure to train and limiting on-the-job training; Plaintiff requesting punitive damages

COMPLAINTANDJURY DEMAND - 14

under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied one time.

5) Nevada Revised Statue 616A.065 (average monthly wage), 616C.015 (notice of injury or death), 616C.475.6 (compensation, request form), 616C.475 (certification of disability), 616C.530.1-5 (priorities to returning injured employee to work); unlawful employment practices, failure to return injured employee to work, failure of vocational rehabilitation, failure to pay wages and benefits, failure to return employee in gainful employment with existing skills; Plaintiff requesting lost wages, sick/personal time leave, vacation time leave, and Nevada Public Employees' Retirement System leave accumulated for retirement benefits from February 2015 through September 2015, October 2016 through mid-October 2019, mid-October 2019 through January 30, 2020, and hereinafter, approximately nine hundred and seventy-five days, eight hours per day; loss income and benefits at an average rate of pay of $25.00 hourly, excluding benefits:

- Lost Wages: $195,000.00

- Sick/Personal time leave: 452.40 hours at .058 per 1 hour, $11,310.00

- Vacation time leave: 631.80 hours at 0.81 per 1 hour, $15,795.00

- NV Pers: to be determined by NV Pers for calculation

6) Nevada Revised Statue 613.210.3, unlawful blacklisting employee from securing similar employment; Plaintiff requesting punitive damages under

COMPLAINTANDJURY DEMAND - 15

Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied five times for the pursuit of happiness.

7) Nevada Revised Statue 613.223.1(d), unlawful for employer to take certain actions against the employee for an act which constitutes domestic violence in the workplace; reference CCSDPD Crime Report Case No.: 1512-07501.1. Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied twenty-one times for the pursuit of restitution of recovery.

8) Nevada Revised Statue 613.330, Pursuant to Civil Rights Act of 1964, fair employment that outlaws discrimination based on disability, race, religion...Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied one time.

9) Nevada Revised Statue 207.470, civil actions for damages resulting in racketeering, three times the actual damages sustained. Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is

COMPLAINTANDJURY DEMAND - 16

$100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied one time.

10) Nevada Revised Statue 207.480, order of the court upon determination of civil liability, orders Defendant(s) to pay all cost of proceedings. Plaintiff requesting to award the Defendant to pay all court cost, travel expenses, and another fees deemed to provide relief to the Plaintiff.

11) Nevada Revised Statue 613.280, two or more Clark County School District designees' cause to deny employment and induce other persons to refuse to work with Plaintiff. Plaintiff requesting punitive damages under Nevada Revised Statue 42.005.1(a,b) in the amount three times awarded to the Plaintiff if the amount compensatory is $100,000.00 or more; or three hundred thousand dollars if the amount awarded to Plaintiff is less than $100,000.00, multiplied ten times.

12) Nevada Revised Statue 613.432, Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., additional relief if the court finds that the employee has been injured by discrimination for Nevada Revised Statue 613.330

13) Nevada Revised Statue 207.400.2, fine of $25,000 per offense, Plaintiff requesting Clark County School District and its designees to be responsible for ten or more offenses', deemed by the Court, to provide adequate compensation to the Plaintiff to restore good faith in humanity and the employees of Clark County School District.

14) Civil Rights 42 U.S.C. § 1983, Plaintiff requesting an amount of $500,000.00 for Police brutality excessive force against an individual, at said time, Plaintiff

COMPLAINTANDJURY DEMAND - 17

employed under the color of law as a civilian; intimidate, psychologically manipulate, harass, and use excessive force to interrupt an investigation pertaining to Civil Action No.:2:11-CV-01919-LRH-RJJ.

DATED this _17th_ day of _January_, 20 _20_.

Submitted by:

_Christina Zeddis_
(Signature)
Christina E. Zeddies
(Name)
6041 Silent Willow Avenue
(Mailing Address)
Las Vegas, Nevada 89131
(City, State, Zip Code)
702.881.7546 or 702.207.4404
(Telephone Number)
ChristinaZeddies@gmail.com
(E-mail Address)

Plaintiff, In Proper Person

DATED this _____ day of _____, 20_____.

_____
Attorney Name

COMPLAINTANDJURY DEMAND - 18

**SUMM**

Christina E. Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Mailing Address)*
Las Vegas, Nevada 89131
*(Your City, State, Zip Code)*
702.881.7546 | 702.207.4404
*(Your Telephone Number)*

*(Your Fax Number)*
ChristinaZeddies@gmail.com
*(Your E-mail Address)*
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| *Plaintiff's Name:* CHRISTINA E. ZEDDIES | Case No. **A-20-809725-C** |
| Plaintiff, | Dept. No **Dept. 14** |
| vs. | |
| *Defendant's Name:* CLARK COUNTY SCHOOL DISTRICT OF COUNTY OF CLARK | |
| Defendant. | |

## SUMMONS

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: CLARK COUNTY SCHOOL DISTRICT, COUNTY OF CLARK

A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.      File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

Page 1 of 2

*E.Peña*    *2-5-20*

*Response due: 3/23/20*

response) to Plaintiff's complaint.

2.  Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.  Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> **Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _____     FEB -4 2020
        LAURIE A. WILLIAMS          Date: _____
        Deputy Clerk
        Regional Justice Center
        200 Lewis Avenue
        Las Vegas, Nevada 89155

Issued at the request of:

_Christina Zeddies_
(Signature)
Christina Zeddies
(Your Name)
6041 Silent Willow Avenue
(Your Street Address)
Las Vegas, Nevada 89131
(Your City, State, and Zip Code)

Plaintiff, Self-Represented

*Note:    When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

**AOS**

Christina Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Mailing Address)*
Las Vegas, Nevada 89131
*(Your City, State, Zip Code)*
702.881.7546 | 702.207.4404
*(Your Telephone Number)*

*(Your Fax Number)*
ChristinaZeddies@gmail.com
*(Your E-mail Address)*
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| *Plaintiff's Name:* CHRISTINA E. ZEDDIES | Case No.: _____ <br> Dept. No.: _____ |
| Plaintiff, <br> vs. | |
| *Defendant's Name:* CLARK COUNTY SCHOOL DISTRICT, COUNTY OF CLARK | |
| Defendant. | |

## AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY

*(Insert name of person performing service)* _____, being duly sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a party to or interested in the above-captioned case; that I served a copy of the ☐ Summons, ☐ Complaint, ☐ Other *(specify)* _____ on *(insert date and time you served)* _____, 20____, at the hour of _____ ___.M., on Defendant *(insert Defendant's name)* _____ by the following method *(complete appropriate paragraph below)*:

☐     **Personal service per NRCP 4.2(a)(1):** Delivering and leaving a copy with *(insert Defendant's name)* _____ at *(insert address at which you served)* _____.

/ / /

*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

**For more forms and information, visit www.civillawselfhelpcenter.org.**

☐ **Substitute service per NRCP 4.2(a)(2):** Delivering and leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)* _____.

☐ **Service on a business entity per NRCP 4.2(c)(1)(A):** Delivering and leaving a copy with *(insert name or physical description of person served)* _____, who is Defendant's *(check one)* ☐registered agent, ☐officer or director, ☐ partner, ☐member, ☐manager, ☐trustee, or ☐other *(specify)* _____, at *(insert address at which you served)* _____.

☐ **Other method of service authorized by Nevada statute or court rule:**

_____
_____
_____

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

**SERVER'S SIGNATURE:** _____ **Date:** _____

Server's Phone: _____

Server's ☐ Residential/ ☐ Business Address: _____

☐ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: _____.

☐ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.

**For more forms and information, visit www.civillawselfhelpcenter.org.**
*Rev. 2/20/2019*
© *Civil Law Self-Help Center*

**SUMM**

Christina E. Zeddies
_(Your Name)_
6041 Silent Willow Avenue
_(Your Mailing Address)_
Las Vegas, Nevada 89131
_(Your City, State, Zip Code)_
702.881.7546 | 702.207.4404
_(Your Telephone Number)_

_(Your Fax Number)_
ChristinaZeddies@gmail.com
_(Your E-mail Address)_
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| _Plaintiff's Name:_ CHRISTINA E. ZEDDIES | Case No.: **A-20-809725-C** <br> Dept. No.: **Dept. 14** |
| Plaintiff, <br> vs. | |
| _Defendant's Name:_ CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT OF COUNTY OF CLARK | |
| Defendant. | |

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT COUNTY OF CLARK

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

_Rev. 2/20/2019_
© _Civil Law Self-Help Center_

response) to Plaintiff's complaint.

2.      Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.      Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

---

**Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

---

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _Laurie Williams_          Date: FEB -4 2020

Deputy Clerk LAURIE A. WILLIAMS
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada  89155

Issued at the request of:

_Christina Zeddies_
(Signature)

Christina Zeddies
(Your Name)

6041 Silent Willow Avenue
(Your Street Address)

Las Vegas, Nevada 89131
(Your City, State, and Zip Code)

Plaintiff, Self-Represented

Note:   *When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

**SUMM**

Christina E. Zeddies
(Your Name)

6041 Silent Willow Avenue
(Your Mailing Address)

Las Vegas, Nevada 89131
(Your City, State, Zip Code)

702.881.7546 | 702.207.4404
(Your Telephone Number)

(Your Fax Number)

ChristinaZeddies@gmail.com
(Your E-mail Address)

Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| Plaintiff's Name: | CHRISTINA E. ZEDDIES | Case No.: | A-20-809725-C |
|---|---|---|---|
| | Plaintiff, | Dept. No.: | Dept. 14 |
| | vs. | | |
| Defendant's Name: | JESUS JARA | | |
| | Defendant. | | |

## SUMMONS

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: JESUS JARA

A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written

response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

Page 1 of 2

For more forms and information, visit www.civillawselfhelpcenter.org.

*Rev. 2/20/2019*
© Civil Law Self-Help Center

Elena                    2-5-20
Response due: 3/23/20

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> **Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

**STEVEN D. GRIERSON, CLERK OF COURT**

By: _____    Date: FEB - 4 2020

Deputy Clerk LAURIE A. WILLIAMS

Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_____
*(Signature)*

Christina Zeddies
*(Your Name)*

6041 Silent Willow Avenue
*(Your Street Address)*

Las Vegas, Nevada 89131
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

Note:    When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).

*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

Rec'd
2/25/20

**SUMM**

Christina E. Zeddies
_(Your Name)_
6041 Silent Willow Avenue
_(Your Mailing Address)_
Las Vegas, Nevada 89131
_(Your City, State, Zip Code)_
702.881.7546 | 702.207.4404
_(Your Telephone Number)_

_(Your Fax Number)_
ChristinaZeddies@gmail.com
_(Your E-mail Address)_
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| Plaintiff's<br>Name:    CHRISTINA E. ZEDDIES | Case No.:  **A-20-809725-C**<br>Dept. No.:  **Dept. 14** |
| Plaintiff, | |
| vs. | |
| Defendant's<br>Name:    KARYN CARAWAY | |
| Defendant. | |

### SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: KARYN CARAWAY

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

**For more forms and information, visit www.civillawselfhelpcenter.org.**

_Rev. 2/20/2019_
© _Civil Law Self-Help Center_

response) to Plaintiff's complaint.

2.    Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.    Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

FEB -4 2020

By:    LAURIE A. WILLIAMS          Date:
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada  89155

Issued at the request of:

*(Signature)*

Christina Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Street Address)*
Las Vegas, Nevada 89131
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

Note:    *When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

Rev. 2/20/2019
© Civil Law Self-Help Center

SUMM

Christina E. Zeddies
(Your Name)
6041 Silent Willow Avenue
(Your Mailing Address)
Las Vegas, Nevada 89131
(Your City, State, Zip Code)
702.881.7546 | 702.207.4404
(Your Telephone Number)

(Your Fax Number)
ChristinaZeddies@gmail.com
(Your E-mail Address)
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Plaintiff's Name: CHRISTINA E. ZEDDIES | Case No.: **A-20-809725-C**<br>Dept. No.: **Dept. 14** |
| Plaintiff, | |
| vs. | |
| Defendant's Name: MESKEREM KASSA | |
| Defendant. | |

## SUMMONS

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above:  MESKEREM KASSA

A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---
[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

**For more forms and information, visit www.civillawselfhelpcenter.org.**

*Rev. 2/20/2019*
© *Civil Law Self-Help Center*

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> **Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _____        Date: FEB -4 2020

LAURIE A. WILLIAMS
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_____
*(Signature)*
Christina Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Street Address)*
Las Vegas, Nevada 89131
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

Note: *When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

**SUMM**

Christina E. Zeddies
_____
(Your Name)

6041 Silent Willow Avenue
_____
(Your Mailing Address)

Las Vegas, Nevada 89131
_____
(Your City, State, Zip Code)

702.881.7546 | 702.207.4404
_____
(Your Telephone Number)


_____
(Your Fax Number)

ChristinaZeddies@gmail.com
_____
(Your E-mail Address)

Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | | | |
|---|---|---|---|
| _Plaintiff's Name:_ | CHRISTINA E. ZEDDIES | Case No.: | **A-20-809725-C** |
| | | Dept. No.: | **Dept. 14** |
| | Plaintiff, | | |
| | vs. | | |
| _Defendant's Name:_ | SIGIFREDO VELOZ | | |
| | Defendant. | | |

### SUMMONS

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: SIGIFREDO VELOZ

A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

    1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

For more forms and information, visit www.civillawselfhelpcenter.org.

_Rev. 2/20/2019_
© Civil Law Self-Help Center

response) to Plaintiff's complaint.

2.    Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.    Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> **Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default.  The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _____    Date: FEB - 4 2020
      Deputy Clerk  LAURIE A. WILLIAMS
      Regional Justice Center
      200 Lewis Avenue
      Las Vegas, Nevada  89155

Issued at the request of:

_____
*(Signature)*

Christina Zeddies
*(Your Name)*

6041 Silent Willow Avenue
*(Your Street Address)*

Las Vegas, Nevada 89131
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

*Note:*    *When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

SUMM

Christina E. Zeddies
(Your Name)
6041 Silent Willow Avenue
(Your Mailing Address)
Las Vegas, Nevada 89131
(Your City, State, Zip Code)
702.881.7546 | 702.207.4404
(Your Telephone Number)

(Your Fax Number)
ChristinaZeddies@gmail.com
(Your E-mail Address)
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| Plaintiff's Name: CHRISTINA E. ZEDDIES | Case No.: A-20-809725-C |
|---|---|
| Plaintiff, | Dept. No.: Dept. 14 |
| vs. | |
| Defendant's Name: REBECCA PAPPAS AKA REBECCA WAMSLEY | |
| Defendant. | |

## SUMMONS

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: REBECCA PAPPAS AKA REBECCA WAMSLEY

A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---
[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

**For more forms and information, visit www.civillawselfhelpcenter.org.**

Rev. 2/20/2019
© Civil Law Self-Help Center

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

---

**Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

---

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

**STEVEN D. GRIERSON, CLERK OF COURT**

By: _Laurie Williams_                          FEB - 4 2020

Deputy Clerk **LAURIE A. WILLIAMS**          Date:
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_Christina Zeddies_
*(Signature)*

Christina Zeddies
*(Your Name)*

6041 Silent Willow Avenue
*(Your Street Address)*

Las Vegas, Nevada 89131
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

Note: *When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).*

**AOS**

Christina Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Mailing Address)*
Las Vegas, Nevada 89131
*(Your City, State, Zip Code)*
702.881.7546 | 702.207.4404
*(Your Telephone Number)*

*(Your Fax Number)*
ChristinaZeddies@gmail.com
*(Your E-mail Address)*
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Plaintiff's Name: CHRISTINA E. ZEDDIES | Case No.: _____<br>Dept. No.: _____ |
| Plaintiff, | |
| vs. | |
| Defendant's Name: REBECCA PAPPAS AKA REBECCA WAMSLEY | |
| Defendant. | |

### AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY

*(Insert name of person performing service)* _____, being duly

sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a

party to or interested in the above-captioned case; that I served a copy of the ☐ Summons, ☐ Complaint,

☐ Other *(specify)* _____ on *(insert date and*

*time you served)* _____, 20____, at the hour of _____ ___.M., on Defendant *(insert Defendant's*

*name)* _____ by the

following method *(complete appropriate paragraph below)*:

      ☐    **Personal service per NRCP 4.2(a)(1)**: Delivering and leaving a copy with *(insert*

*Defendant's name)* _____ at *(insert address at*

*which you served)* _____.

/ / /

Rev. 2/20/2019<br>© Civil Law Self-Help Center
For more forms and information, visit www.civillawselfhelpcenter.org.

☐ **Substitute service per NRCP 4.2(a)(2)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____ - _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)*

_____.

☐ **Service on a business entity per NRCP 4.2(c)(1)(A)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____,

who is Defendant's *(check one)* ☐registered agent, ☐officer or director, ☐ partner, ☐member, ☐manager, ☐trustee, or ☐other *(specify)* _____, at *(insert address at which you served)*

_____.

☐ **Other method of service authorized by Nevada statute or court rule:**

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

**SERVER'S SIGNATURE:** _____ **Date:** _____

Server's Phone: _____

Server's ☐ Residential/ ☐ Business Address: _____

☐ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: _____.

☐ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.

SUMM

Christina E. Zeddies
_(Your Name)_
6041 Silent Willow Avenue
_(Your Mailing Address)_
Las Vegas, Nevada 89131
_(Your City, State, Zip Code)_
702.881.7546 | 702.207.4404
_(Your Telephone Number)_

_(Your Fax Number)_
ChristinaZeddies@gmail.com
_(Your E-mail Address)_
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| _Plaintiff's Name:_ CHRISTINA E. ZEDDIES | Case No.: **A-20-809725-C** <br> Dept. No.: **Dept. 14** |
| Plaintiff, <br> vs. | |
| _Defendant's Name:_ STEFANIE WILSON PALACIO, CCSDPD | |
| Defendant. | |

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: STEFANIE WILSON PALACIO, CCSDPD

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.    File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---
[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

Page 1 of 2

Rev. 2/20/2019
© Civil Law Self-Help Center

response) to Plaintiff's complaint.

2.    Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.    Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

---

**Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

---

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _Laurie Williams_
     Deputy Clerk
     LAURIE A. WILLIAMS

FEB -4 2020
Date:

Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_Christina Zeddies_
(Signature)

Christina Zeddies
(Your Name)

6041 Silent Willow Avenue
(Your Street Address)

Las Vegas, Nevada 89131
(Your City, State, and Zip Code)

Plaintiff, Self-Represented

Note:    When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).

*Rev. 2/20/2019*
© *Civil Law Self-Help Center*

**AOS**

Christina Zeddies
*(Your Name)*
6041 Silent Willow Avenue
*(Your Mailing Address)*
Las Vegas, Nevada 89131
*(Your City, State, Zip Code)*
702.881.7546 | 702.207.4404
*(Your Telephone Number)*

*(Your Fax Number)*
ChristinaZeddies@gmail.com
*(Your E-mail Address)*
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| *Plaintiff's Name:* CHRISTINA E. ZEDDIES | Case No.: _____ |
| | Dept. No.: _____ |
| Plaintiff, | |
| vs. | |
| *Defendant's Name:* STEFANIE WILSON PALACIO, CCSDPD | |
| Defendant. | |

## AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY

*(Insert name of person performing service)* _____, being duly

sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a

party to or interested in the above-captioned case; that I served a copy of the ☐ Summons, ☐ Complaint,

☐ Other *(specify)* _____ on *(insert date and*

*time you served)* _____, 20____, at the hour of _____ ___.M., on Defendant *(insert Defendant's*

*name)* _____ by the

following method *(complete appropriate paragraph below)*:

          ☐      **Personal service per NRCP 4.2(a)(1)**: Delivering and leaving a copy with *(insert*

*Defendant's name)* _____ at *(insert address at*

*which you served)* _____.

/ / /

*Rev. 2/20/2019*
© *Civil Law Self-Help Center*
For more forms and information, visit www.civillawselfhelpcenter.org.

☐ **Substitute service per NRCP 4.2(a)(2)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)* _____.

☐ **Service on a business entity per NRCP 4.2(c)(1)(A)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____, who is Defendant's *(check one)* ☐registered agent, ☐officer or director, ☐ partner ☐member, ☐manager, ☐trustee, or ☐other *(specify)* _____, at *(insert address at which you served)* _____.

☐ **Other method of service authorized by Nevada statute or court rule**:

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

**SERVER'S SIGNATURE:** _____ **Date:** _____

Server's Phone: _____

Server's ☐ Residential/ ☐ Business Address: _____

☐ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: _____.

☐ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.

For more forms and information, visit www.civillawselfhelpcenter.org.    *Rev. 2/20/2019*    © *Civil Law Self-Help Center*