**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA E. ZEDDIES,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-00477-GMN-NJK<br><br>**Order**<br><br>[Docket No. 46] |

　　　Pending before the Court is Plaintiff's motion for a mediation. Docket No. 46. Plaintiff's request for further alternative dispute resolution proceedings has already been denied. *E.g.*, Docket No. 36. No reason has been proffered to alter course. *Cf.* Local Rule 59-1. The pending motion for a mediation is similarly **DENIED**.

　　　Plaintiff is further **CAUTIONED** that she is not permitted to simply keep seeking the same relief as has been denied already. Such conduct may lead to the imposition of sanctions or a declaration that Plaintiff be declared a vexatious litigant.

　　　IT IS SO ORDERED.

　　　Dated: August 5, 2021

_____<br>
Nancy J. Koppe<br>
United States Magistrate Judge
