# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA E. ZEDDIES,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00477-GMN-NJK<br><br>**Order**<br><br>[Docket No. 52] |

Pending before the Court is Plaintiff's "Motion to Strike," which appears to be a motion requiring Defendants to settle the case on the terms Plaintiff desires. Docket No. 52.[1] The Court has already denied similar requests. *See, e.g.*, Docket No. 44 at 2. Plaintiff is again instructed that there "there is no settlement, settlement discussion, or settlement conference in this case at this time." *Id.*; *see* also Docket No. 25 ("This Court has made clear that it will not participate in an additional Early Neutral Evaluation unless ***both*** parties believe one would be productive" (emphasis in original)). Hence, the Court will not grant a motion for further settlement discussions and, relatedly, Plaintiff cannot force Defendants to settle the case. Accordingly, the latest motion seeking this relief is **DENIED**.

Plaintiff is cautioned that she is not permitted to continue filing repetitive requests for the same or substantially similar relief. **Continuing to do so may result in sanctions.**

IT IS SO ORDERED.

Dated: September 10, 2021

                                                                                 _____
                                                                                 Nancy J. Koppe
                                                                                 United States Magistrate Judge

---

[1] As Plaintiff is proceeding without an attorney, the Court construes her filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).